UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GUARDANT HEALTH, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> NATERA, INC., <br><br> Defendant, <br><br> ---------------------------------------- <br><br> QUINN EMANUEL URQUHART & SULLIVAN, LLP, <br><br> Interested Party - Appellant. | No. 25-5144 <br><br> D.C. No. 3:21-cv-04062-EMC <br> Northern District of California, San Francisco <br><br> ORDER |

In addition to all other issues the parties wish to raise in their briefs, the parties must address whether this court has jurisdiction over this appeal. *See Jensen Elec. Co. v. Moore, Caldwell, Rowland & Dodd, Inc.*, 873 F.2d 1327, 1329 (9th Cir. 1989) (addressing when an order imposing sanctions is final and appealable).

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT